

# Fourth Court of Appeals
## San Antonio, Texas

March 6, 2019

No. 04-19-00020-CV

Robert M. **STONE,** Raymond S. DeLeon, and John Salas,
Appellants

v.

**THE CARLSON LAW FIRM,**
Appellee

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-16271
Honorable Karen H. Pozza, Judge Presiding

# O R D E R

Appellants' brief was originally due to be filed by February 19, 2019. This court granted appellants' first request for extension of time to file the brief until February 22, 2019. On February 22, 2019, rather than file the brief, appellants filed a motion to abate this appeal based on a partial settlement reached in the trial court. Because the motion did not comply with Texas Rule of Appellate Procedure 10.1(a)(5), this court denied the motion. As of the date of this order, appellants have not filed the brief or a motion for extension of time to file the brief.

Appellants are therefore ORDERED to file, within ten (10) days of the date of this order, the brief and a written response reasonably explaining: (1) their failure to timely file a brief, and (2) why appellee is not significantly injured by appellants' failure to timely file a brief. If appellants fail to timely file a brief and the written response, we will dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a); *see also* TEX. R. APP. P. 42.3(c) (allowing involuntary dismissal if appellant fails to comply with court order).

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of March, 2019.



KEITH E. HOTTLE,
Clerk of Court